UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 01-1072-CR-MORENO/DUBE

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**ROY AZIM,**

        Defendant.
_____/

FILED by _____ D.C.
APR 2 4 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

### ORDER FOR DISMISSAL OF INDICTMENT

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of court endorsed hereon, the United States Attorney for the Southern District of Florida hereby dismisses the indictment against defendant **ROY AZIM**.

_____
GUY A. LEWIS
UNITED STATES ATTORNEY

Leave of court is granted for the filing of the foregoing dismissal. April 23, 2002

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Date:

cc:
U. S. Marshal Service
Pretrial Services
AUSA Michael J. Dittoe
Jon Sale, Esquire
Jon May, Esquire
Probation